# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| DAVID WILLIAMS<br><br>                        Plaintiff,<br><br>  vs.<br><br>PFIZER, INC., ET AL.<br><br>                        Defendants. | Civil Action No.:  1:14-cv-6486<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(A)(i) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff DAVID WILLIAMS, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against defendant WATSON PHARMACEUTICALS, INC. only.

Date: May 29, 2015                                     Respectfully submitted,

                                                       _____
                                                       DAVID P. MATTHEWS
                                                       Texas Bar No. 13206200
                                                       STEVE FARIES
                                                       Texas Bar No.: 24040884
                                                       LIZY SANTIAGO
                                                       Texas Bar No.: 00796303
                                                       RACHAL G. ROJAS
                                                       Texas Bar No.: 24063161
                                                       Matthews & Associates
                                                       2905 Sackett St.
                                                       Houston, TX 77098
                                                       713.222.8080
                                                       713.535.7184 – facsimile
                                                       dmatthews@dpmlawfirm.com
                                                       sfaries@dpmlawfirm.com
                                                       lsantiago@dpmlawfirm.com
                                                       rrojas@dpmlawfirm.com

                                **ATTORNEYS FOR PLAINTIFF**


                              **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2015, the foregoing document was filed with the Clerk via CM/ECF. Notice of this filing will be sent by operation of the Court's electronic filings system to all parties indicated on the electronic filings receipt. Parties may access this filing through the Court's system.

                                                       _____
                                                       David P. Matthews